UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA M. DOUGLAS,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYER U.S. LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-07003-VC<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 29 |

This action is dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The dismissal is with prejudice as to Dakota M. Douglas and without prejudice as to the proposed class. Douglas has not complied with the Court's June 25, 2018 order requiring him to either appear pro se or obtain new counsel, and by all accounts it seems that Douglas no longer is interested in pursuing an action against the defendants.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____

VINCE CHHABRIA
United States District Judge